# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-5188                      September Term, 2024

1:19-cv-01192-EGS

Filed On: May 27, 2025 [2117403]

Giffords,

         Appellee

    v.

Federal Election Commission,

         Appellee

National Rifle Association of America and
National Rifle Association of America
Political Victory Fund,

         Appellants

## O R D E R

     The notice of appeal was filed on May 22, 2025, and docketed in this court on May 27, 2025. It is, on the court's own motion,

     **ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 26, 2025 |
| Docketing Statement Form | June 26, 2025 |
| Entry of Appearance Form (Attorneys Only) | June 26, 2025 |
| Procedural Motions, if any | June 26, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 26, 2025 |
| Statement of Issues to be Raised | June 26, 2025 |
| Transcript Status Report | June 26, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | June 26, 2025 |
| Dispositive Motions, if any | July 11, 2025 |

It is

    **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 26, 2025 |
| Entry of Appearance Form (Attorneys Only) | June 26, 2025 |
| Procedural Motions, if any | June 26, 2025 |
| Dispositive Motions, if any | July 11, 2025 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                            BY:    /s/
                                                  Laura M. Morgan
                                                  Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

      <u>Civil Docketing Statement Form</u>
      <u>Entry of Appearance Form</u>
      <u>Transcript Status Report Form</u>
      <u>Request to Enter Appellate Mediation Program (Optional)</u>
      <u>Notice Concerning Expedition of Appeals and Petitions for Review</u>
      <u>Stipulation to be Placed in Stand-By Pool of Cases (Optional)</u>