# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| GIFFORDS, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | No. 25-5188 |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL ELECTION COMMISSION, | ) | CERTIFICATE AS TO |
| | ) | PARTIES, RULINGS, AND |
| Defendant-Appellee. | ) | RELATED CASES |
| | ) | |

**DEFENDANT-APPELLEE FEDERAL ELECTION COMMISSION'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to this Court's Order of May 27, 2025, and Circuit Rule 28(a)(1), defendant-appellee Federal Election Commission ("FEC") submits its Certificate as to Parties, Rulings, and Related Cases.

**(A) Parties and Amici.** The National Rifle Association of America and the National Rifle Association of America Political Victory Fund (collectively, the "NRA") are non-party movants in the district court and the appellants in this Court. Giffords is the plaintiff in the district court and an appellee in this Court. The FEC is the defendant in the district court and an appellee in this Court.

**(B) Ruling Under Review.** The NRA appeals the order entered on April 22, 2025, by the United States District Court for the District of Columbia (Sullivan, J.) denying the NRA's Motion for Relief for Orders and Judgment

[Doc. No. 90] under Federal Rule of Civil Procedure 60(b)(4). The Memorandum Opinion is available at *Giffords v. FEC*, Civ. No. 19-1192 (Doc. No. 112) (D.D.C. April 22, 2025).

**(C) Related Cases.** Giffords initiated a citizen-suit action against the NRA in the United States District Court for the District of Columbia, *Giffords v. National Rifle Association of America Political Victory Fund, et al.*, No. 21-02887 (D.D.C. filed Nov. 2, 2021).

Respectfully submitted,

| | |
|---|---|
| Lisa J. Stevenson<br>Acting General Counsel<br>lstevenson@fec.gov<br><br>James D. McGinley<br>Associate General Counsel<br>jmcginley@fec.gov<br><br>Shaina Ward<br>Acting Assistant General Counsel<br>sward@fec.gov | /s/ *Michael D. Contino*<br>Michael D. Contino<br>Attorney<br>mcontino@fec.gov<br><br>COUNSEL FOR DEFENDANT-APPELLEE<br>FEDERAL ELECTION COMMISSION<br>1050 First Street NE<br>Washington, DC 20463<br>(202) 694-1650 |

June 26, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2025, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the D.C. Circuit by using the Court's CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ *Michael D. Contino*
Michael D. Contino