# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GIFFORDS, ) <br> ) <br>     Plaintiff-Appellee, ) <br> ) <br> v. ) <br> ) <br> FEDERAL ELECTION COMMISSION ) <br> ) <br>     Defendant-Appellee, ) <br> ) <br> NATIONAL RIFLE ASSOCIATION OF ) <br> AMERICA, NATIONAL RIFLE ) <br> ASSOCIATION OF AMERICA POLITICAL ) <br> VICTORY FUND, ) <br> ) <br>     Movants-Appellants. ) | Case No. 1:25-5188 |

## STATEMENT OF INTENT REGARDING APPENDIX DEFERRAL

Pursuant to this Court's Order of May 27, 2025, Appellants the National Rifle Association of America and the National Rifle Association of America Political Victory Fund hereby inform the Court that they do not intend to utilize a deferred joint appendix.

Dated: June 26, 2025

Respectfully Submitted,

DICKINSON WRIGHT PLLC

/s/ *Charles R. Spies*
Charles R. Spies, Bar ID: 989020
1825 Eye Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 466-5964
Facsimile: (844) 670-6009
cspies@dickinsonwright.com

Robert L. Avers, Bar No. 63552
Daniel C. Ziegler, Bar No. 66240
350 S. Main Street, Ste 300
Ann Arbor, MI 48104

1

(734) 623-1672
ravers@dickinsonwright.com
dziegler@dickinsonwright.com
Attorneys for Appellants the National
Rifle Association of America & the
National Rifle Association of America
Political Victory Fund

## CERTIFICATE OF SERVICE

The undersigned certifies that, on this 26th day of June 2025, I filed the foregoing document using this Court's Appellate CM/ECF system, which effected service on all parties.

/s/ *Charles R. Spies*
Charles R. Spies