# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GIFFORDS, | ) |
|     Plaintiff-Appellee, | ) |
| v. | ) |
| FEDERAL ELECTION COMMISSION | ) Case No. 1:25-5188 |
|     Defendant-Appellee, | ) |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND, | ) |
|     Movants-Appellants. | ) |

## STATEMENT OF ISSUES TO BE RAISED

Pursuant to this Court's Order of May 27, 2025, Appellants the National Rifle Association of America and the National Rifle Association of America Political Victory Fund intend to raise the following issues in this appeal:

1. Whether the district court erred by failing to consider its own subject-matter jurisdiction.

2. Whether the district court erred by denying the NRA's motion for relief from judgment.

Dated: June 26, 2025

Respectfully Submitted,

DICKINSON WRIGHT PLLC

/s/ *Charles R. Spies*
Charles R. Spies, Bar ID: 989020

1

1825 Eye Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 466-5964
Facsimile: (844) 670-6009
cspies@dickinsonwright.com

Robert L. Avers, Bar No. 63552
Daniel C. Ziegler, Bar No. 66240
350 S. Main Street, Ste 300
Ann Arbor, MI 48104
(734) 623-1672
ravers@dickinsonwright.com
dziegler@dickinsonwright.com
Attorneys for Appellants the National Rifle Association of America & the National Rifle Association of America Political Victory Fund

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on this 26th day of June 2025, I filed the foregoing document using this Court's Appellate CM/ECF system, which effected service on all parties.

/s/ *Charles R. Spies*
Charles R. Spies