# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5188**                                    **September Term, 2025**

**1:19-cv-01192-EGS**

**Filed On: April 9, 2026** [2167749]

Giffords,

       Appellee

     v.

Federal Election Commission,

       Appellee

National Rifle Association of America and
National Rifle Association of America
Political Victory Fund,

       Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for April 20, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Plaintiff-Appellee | - | 7.5 Minutes |
| Defendant-Appellee | - | 7.5 Minutes |

The panel considering this case will consist of Circuit Judges Wilkins, Rao, and Childs.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 13, 2026.

### Per Curiam

       **FOR THE COURT:**
       Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)